# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JAMES C. SILVAS, *et al.*, )<br>    )<br>            Plaintiffs, )<br>    )<br>    v. )<br>    )<br>FIRST HORIZON HOME LOANS, MET LIFE )<br>HOME LOANS, a division of MET LIFE )<br>BANK, a Texas Corporation; FIDELITY )<br>NATIONAL TITLE AGENCY OF NEVADA, a)<br>Nevada Corporation; MERS Corporation, a )<br>Delaware Corporation; NATIONSTAR )<br>MORTGAGE; a Texas Corporation; DOE )<br>individuals I through X, inclusive; and ROE )<br>corporations I through X, inclusive, all other )<br>persons unknown claiming any right, title, )<br>estate, lien or interest in the real property )<br>described in the Complaint adverse to Plaintiff's )<br>ownership, or any cloud upon Plaintiff's title )<br>thereto, )<br>    )<br>            Defendants. )<br>_____)| Case No.: 2:11-cv-00701-RLH-PAL<br><br>**O R D E R**<br><br>(Motion for Release of Lis Pendens–#30) |

Before the Court is Plaintiffs' **Motion for Release of Lis Pendens** (#30, filed February 20, 2013).  The Court previously expunged the Lis Pendens in its prior Order (# 27, entered August 24, 2012).  Consequently, the Court denies Plaintiffs' Motion for Release of Lis Pendens as moot.

IT IS SO ORDERED.

Dated:  February 22, 2013.

_____
**ROGER L. HUNT**
**United States District Judge**